PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>EDUARDO CASTILLO,<br><br>　　　　　　　　Defendant. | 2:22-CR-00251-KJM<br><br>FINAL ORDER OF FORFEITURE |

On August 6, 2024, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2428(b), based upon the plea agreement entered into between plaintiff and defendant Eduardo Castillo forfeiting to the United States the following property:

　　a.　Motorola cell phone with camera cover, IMEI: 256691539606522998,
　　b.　SataHD Samsung SSD 128 GB, Serial Number: S26PNXAH210971,
　　c.　Toshiba SATA HDD2J93 500 GB, Serial Number: X18RB5U1B,
　　d.　Chrome Tablet, Serial Number: HA142HEA(70),
　　e.　Seagate HDD 500 GB, Serial Number: S3PXMS6W,
　　f.　Toshiba SATA HDD, Serial Number: X2JISIKUS,
　　g.　FujiFilm Disposable Camera, and
　　h.　HGST 1TB SATA, Serial Number: WXP1A68ES42E.

Beginning on August 8, 2024, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal

interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property:

    a.    Socorro Castillo:  A notice letter was sent via certified mail to Socorro Castillo at 24845 Gardiner Ferry Road, Corning, CA 96021 on August 7, 2024.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Cesar Castillo on August 9, 2024.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2428(b), including all right, title, and

2. interest of Eduardo Castillo and Socorro Castillo.

3. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

4. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 30th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE